No. 88–1000.  NEW YORK *v.* HARRIS.  Ct. App. N. Y.  [Certiorari granted, 490 U. S. 1018.]  Motion of Americans for Effec-

tive Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.